# STATE OF MICHIGAN

# COURT OF APPEALS

---

PEOPLE OF THE STATE OF MICHIGAN,

   Plaintiff-Appellant,

v

AVANTIS DOMINIQUE PARKER,

   Defendant-Appellee.

UNPUBLISHED
November 22, 2016

No. 328323
Washtenaw Circuit Court
LC No. 13-000157-FC

---

Before: RONAYNE KRAUSE, P.J., and O'CONNELL and GLEICHER, JJ.

PER CURIAM.

  I concur in result only.

            /s/ Amy Ronayne Krause

-1-